

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2013

No. 04-13-00044-CR

Andrea **LARRAIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 373475
The Honorable John D. Fleming, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we order this appeal DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on April 10, 2013.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2013.

Keith E. Hottle, Clerk